# Exhibit A

04058864.1